UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Spec's Family Partners, Ltd.

*versus*                                                    Case Number: 4:18−cv−02670
                                                                          *SEALED*

Executive Director of the Texas
Alcoholic Beverage Commission, et
al.

## NOTICE OF FILING OF SEALED CASE

    This case has been opened and assigned to Judge Alfred H. Bennett. If a filing fee is required, then payment is due at this time.

    All documents intended for filing in this case should be filed in conventional paper format with the United States District Court Clerk's Office for the Southern District of Texas.

                                              Clerk of Court
                                              P.O. Box 61010
                                              Houston, Texas 77208

    All documents must be clearly marked SEALED and presented to the Clerk in an envelope clearly marked SEALED.

Date: August 3, 2018.

                                                              David J. Bradley, Clerk