IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SPEC'S FAMILY PARTNERS, LTD., §<br>　　*Plaintiff*, §<br>　§<br>v. §<br>　§<br>EXECUTIVE DIRECTOR OF THE TEXAS §<br>ALCOHOLIC BEVERAGE COMMISSION, §<br>DEXTER K. JONES, EMILY E. HELM, §<br>JUDITH L. KENNISON and MATTHEW §<br>EDWARD CHERRY, §<br>　　*Defendants*. § | Civil Action No. 4:18-CV-2670 |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants hereby file their Unopposed Motion for Withdrawal of Counsel, and in support respectfully shows the Court the following:

1.　　Lead Counsel and Attorney-in-Charge on behalf of Defendants Executive Director of the Texas Alcoholic Beverage Commission, Dexter K. Jones, Judith L. Kennison, and Matthew Edward Cherry in this matter is Assistant Attorney General H. Carl Myers. Assistant Attorney General Michael R. Abrams is currently co-counsel for Defendants.

2.　　Assistant Attorney General H. Carl Myers has accepted a position in another division in the Office of the Attorney General. Therefore, Defendants request that Mr. Myers be permitted to withdraw from this matter as counsel for Defendants. Mr. Abrams will resume as Lead Counsel and Attorney-in-Charge to represent Defendants in the above-styled and numbered cause.

3.　　Plaintiff is unopposed to this motion.

For the reasons stated above, Defendants request that H. Carl Myers be permitted to withdraw as counsel for Defendants in this matter.

    Respectfully submitted.

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    RYAN L. BANGERT
    Deputy First Assistant Attorney General

    DARREN L. MCCARTY
    Deputy Attorney General for Civil Litigation

    THOMAS A. ALBRIGHT
    Chief, General Litigation Division

    */s/ Michael R. Abrams*
    MICHAEL R. ABRAMS
    Texas Bar No. 24087072
    Southern District No. 2513900
    Assistant Attorney General
    Office of the Attorney General
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    (512) 463-2120 | FAX: (512) 320-0667
    michael.abrams@oag.texas.gov

    *Counsel for Defendants Executive Director of the TABC, Dexter K. Jones, Judith L. Kennison, and Matthew Cherry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 8, 2020, undersigned counsel conferred with counsel for Plaintiff about this notice, and Plaintiff is unopposed.

*/s/ Michael R. Abrams*
MICHAEL R. ABRAMS
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

*/s/ Michael R. Abrams*
MICHAEL R. ABRAMS
Assistant Attorney General