# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 26, 2021
Lyle W. Cayce
Clerk

No. 21-20009

Spec's Family Partners, Limited,

*Plaintiff—Appellant,*

versus

United States Courts
Southern District of Texas
FILED
September 17, 2021
Nathan Ochsner, Clerk of Court

Dexter K. Jones; Emily E. Helm; Judith L. Kennison; Matthew Edward Cherry,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-2670

---

Before Stewart, Ho, and Engelhardt, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Sep 17, 2021
Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 17, 2021

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 21-20009    Spec's Family Partners v. Jones  
                          USDC No. 4:18-CV-2670

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Gardner*  
Christina A. Gardner, Deputy Clerk  
504-310-7684

cc:  Ms. Morgan Kay Abels  
      Mr. Michael Abrams  
      Ms. Anna Hanna  
      Mr. Christopher D. Hilton  
      Mr. Albert Thomas Van Huff